**MORGAN MELHUISH ABRUTYN**
651 Old Mt. Pleasant Avenue, Suite 200
Livingston, N.J. 07039
Tel:   (973) 994-2500
Fax:   (973) 994-3375
E-mail: SEapen@morganlawfirm.com
*Local Counsel for Defendant Health Insurance Innovations, Inc.*
Our File No.:  GMF 37-141 U EA/SME

**GREENSPOON MARDER, P.A.**
(*pro hac vice* motion pending)
2255 Glades Road, Suite 400-E
Boca Raton, Florida 33431
Telephone:   561.994.2212
Facsimile:   561.807.7527
Email: garry.odonnell@gmlaw.com
*Co-Counsel for Defendant Health Insurance Innovations, Inc.*

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
NEWARK VICINAGE**

| | |
|---|---|
| AMANDRA HICKS, on behalf of herself and others similarly situated,<br><br>      Plaintiff(s),<br><br>-vs-<br><br>HEALTH INSURANCE INNOVATIONS, INC.,<br><br>      Defendant(s). | Civil Action No.: 2:17-cv-03344-SDW-LDW<br><br>**E-FILED**<br><br>**DEFENDANT HEALTH INSURANCE INNOVATIONS, INC.'S NOTICE OF MOTION TO DISMISS PLAINTIFF'S COMPLAINT FOR LACK OF PERSONAL JURISDICTION AND IMPROPER VENUE OR, IN THE ALTERNATIVE, TRANSFER VENUE**<br><br>**MOTION RETURNABLE:<br>AUGUST 21, 2017**<br><br>**ORAL ARGUMENT REQUESTED** |

{01328182}

TO:   Sofia Balile, Esq.
      LEMBERG LAW, L.L.C.
      43 Danbury Road, 3rd Floor
      Wilton, Connecticut 06897

**PLEASE TAKE NOTICE** that the attorneys for Defendant, Health Insurance Innovations, Inc., will move before the United States District Court, District of New Jersey, for an order dismissing Plaintiff's Complaint pursuant to Fed. R. Civ. P. 12(b)(2) and (3) or, in the alternative, transferring venue pursuant to 28 U.S.C. § 1406.

**PLEASE TAKE FURTHER NOTICE** that Defendant will rely upon the Brief, Certification of Shaji M. Eapen, Esq., and Declaration of Dan Garavuso, all submitted in support of this Motion.

**PLEASE TAKE FURTHER NOTICE** that this Motion is accompanied by a proposed form of Order and may be determined by the Court upon the papers submitted unless opposition is filed, at which time oral argument is specifically requested.

                                              **MORGAN MELHUISH ABRUTYN**
                                              Attorneys for Defendant Health Insurance
                                              Innovations, Inc.

                                              /s/ Shaji M. Eapen
                                              SHAJI M. EAPEN, ESQ.

Dated: July 20, 2017

{01328182}