**NOT FOR PUBLICATION**

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| AMANDRA HICKS, *on behalf of herself and all others similarly situated*, | Civil Action No. 17-3344 (SDW) (LDW) |
| Plaintiffs, | **ORDER** |
| v. | |
| HEALTH INSURANCE INNOVATIONS, INC., | January 8, 2018 |
| Defendants. | |

**WIGENTON**, District Judge.

Before this Court is the Report and Recommendation ("R&R") issued on December 20, 2017 by Magistrate Judge Leda Dunn Wettre ("Judge Wettre"), recommending that Defendant Health Insurance Innovations, Inc.'s Motion to Dismiss be granted. No objections to the R&R were filed.

This Court has reviewed the reasons set forth by Judge Wettre in the R&R and the other documents in this matter. Based on the foregoing, and for good cause shown, it is hereby

**ORDERED** that the R&R of Judge Wettre (ECF No. 22) is **ADOPTED** as the conclusions of law of this Court.

**SO ORDERED**.

s/ Susan D. Wigenton, U.S.D.J.

Orig: Clerk
cc: Parties
     Magistrate Judge Wettre